# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 2, 2010

No. 08-60745

Lyle W. Cayce
Clerk

RICHARD LAWRENCE ALEXIS, also known as Richard Alexis, also known as Richard L Alexis

Petitioner

v.

ERIC H. HOLDER, JR., U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A43-155-894

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

This court's judgment of November 13, 2009, holding that Alexis is ineligible for cancellation of removal due to his status as an aggravated felon, and relying on our controlling precedent in *Carachuri-Rosendo v. Holder*, 570

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 263 (5th Cir. 2009), has now been overruled by the Supreme Court in *Carachuri-Rosendo v. Holder*, 560 U.S. ___, 130 S.Ct. 2577 (June 14, 2010).

Our judgment was reversed and the case remanded. We therefore reverse and remand to the district court for reconsideration without the aggravated felony conviction of Alexis.

REVERSED and REMANDED.